UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 10-CR-20448-PCH

UNITED STATES OF AMERICA,
      Plaintiff,

vs.

JULIO FLETE VARONA,
      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon Defense Counsel, Richard J. Serafini, CJA Voucher No. FLS 10 5468 with appended time sheets requesting $12,416.00 as final payment for attorney's fees and costs pursuant to the Criminal Justice Act.

THE MATTER was referred to Magistrate Judge Ted E. Bandstra on May 31, 2011. A Report and Recommendation filed on June 14, 2011 recommended that Defense Counsel be paid a total of $9,700.00 for attorney's fees plus $441.00 for travel expenses as fair and final compensation for his work on the above-referenced case. Defendant's Counsel was afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a *de novo* review of the matter. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of United States Magistrate Judge Ted E. Bandstra, is hereby Adopted and Approved in its entirety. Defense Counsel shall be paid a total of $9,700.00 for attorney's fees plus $441.00 for travel expenses as fair and final compensation for his work on the above-referenced case.

DONE AND ORDERED in chambers in Miami, Florida this 22 day of June, 2011.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record.