UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 10-CR-20448-PCH

**UNITED STATES OF AMERICA,**
   **Plaintiff,**

vs.

**JULIO FLETE VARONA,**
   **Defendant.**
_____/

### ORDER ADOPTING MAGISTRATE'S AMENDED REPORT AND RECOMMENDATION (D.E. #114)

THIS MATTER came before the Court upon Defense Counsel, Richard A. Serafini's CJA Voucher No. FLS 10 5468 with appended time sheets requesting $12,552.00 as final payment for attorney's fees and costs pursuant to the Criminal Justice Act and U.S. Magistrate Judge Ted E. Bandstra's Amended Report and Recommendation (D.E. #114).

THE MATTER was referred to Magistrate Judge Ted E. Bandstra on May 3, 2011. An Amended Report and Recommendation filed on June 22, 2011 recommended that Defense Counsel be paid a total of $9,700.00 for attorney's fees plus $441.00 for travel expenses as fair and final compensation for his work on the above-referenced case. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Amended Report and Recommendation (D.E. #114) of United States Magistrate Judge Ted E. Bandstra, is hereby Adopted and Approved in its entirety. Defense Counsel shall be paid a total of $ 9,700 hours plus $441.00 for travel expenses as fair and

final compensation for his work on the above-referenced case.

DONE AND ORDERED in chambers in Miami, Florida this 18th day of July, 2011.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record.